UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PATRICIA DOMBROWSKI,

    Plaintiff,

v.                              Case No: 5:13-cv-557-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Defendant's Motion for Entry of Judgment with Remand (Doc. No. 14). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the Plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and ADOPTED** as part of this order. The Motion is **GRANTED** and the Commissioner's final decision in this case is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the findings in this report, pursuant to sentence four of 42 U.S.C. § 405(g). Clerk of the Court is directed to enter judgment accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 6 day of May, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record